Joseph Murray SOUBERMAN, Appellant, v. John L. ZURBRICK, District Director of Immigration and Naturalization Service, Appellee.

No. 7718.

Circuit Court of Appeals, Sixth Circuit.

May 11, 1937.

O. Guy Frick, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18, and it further appearing that appellant has failed to file the record or docket the case by or before the return day, and that there has been no extension of time therefor, on consideration whereof, it is ordered that the appeal be, and the same is hereby, docketed and dismissed, the costs to be charged against the government as constructive earnings.

George A. SPRINGSTEAD, as Owner of the Barge THE MARJORIE S, Libelant-Appellee, v. TICE TOWING LINE, Inc., Respondent-Appellant.

No. 354.

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

Lynch, Hagen & Atkins, of New York City (Charles W. Hagen and Henry C. Eidenbach, both of New York City, of counsel), for appellant.

Earl Appleman, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

Peter George STEVENSON, Appellant, v. John L. ZURBRICK, District Director of Immigration and Naturalization Service, Appellee.

No. 7719.

Circuit Court of Appeals, Sixth Circuit.

May 11, 1937.

Frank J. Kinzinger, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a stipulation to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18, on consideration whereof, it is ordered that the appeal be, and the same is hereby, docketed and dismissed.

In the Matter of SYNDICATE OIL CORPORATION, Debtor-Appellee, Hubbell, Taylor, Goodwin, Nixon & Hargrave, Appellants.

No. 365.

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

Hubbell, Taylor, Goodwin, Nixon & Hargrave, of Rochester, N. Y. (Edward I. Cristy, of Rochester, N. Y., of counsel), for appellants.

Oviatt, Gilman, O'Brien & Barnsdale, of Rochester, N. Y. (Robert L. Griffith, of Rochester, N. Y., of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Orders affirmed.